UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                          CHAPTER 13 PROCEEDING:
RICARDO & MARTHA RESENDEZ                        08-70512-M-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Aug 29, 2008.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Creditor listed below has refused payment.

    WELLS FARGO HOME MORTGAGE
    1 HOME CAMPUS
    PMT PROCESSING   MAC #2302-04C
    DES MOINES, IA  50328

    5.  As a result, funds owed to the creditor in the amount of $658.70 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

                                                                                   Cindy Boudloche
                                                                                   Chapter 13 Trustee
                                                                                  555 N. Carancahua  Ste 600
                                                                                   Corpus Christi, TX  78478
                                                                                  (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: CHAPTER 13 PROCEEDING:
RICARDO & MARTHA RESENDEZ 08-70512-M-13
DEBTORS

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


RICARDO AND MARTHA RESENDEZ
4613 HERNANDEZ DRIVE
DONNA, , TX  78537

THE STONE LAW FIRM PC (M)
4900 N 10TH ST  STE A-2
NORTHTOWNE CENTRE
MCALLEN, TX  78504

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
PMT PROCESSING   MAC #2302-04C
DES MOINES, IA  50328

BARRETT DAFFIN FRAPPIER TURNER &
ENGEL LLP
15000 SURVEYOR BLVD STE 100
ADDISON, TX  75001